## FRANK C. AVERY v. WILLIAM HOLLISTON.[1]

### May 8, 1908.

### Nos. 15,560—(71).

**Review of Order Granting New Trial.**
> When the court, in setting aside a verdict and granting a new trial,
> states in the order that he does so because (1) the evidence does not jus-
> tify the verdict, and (2) that he erroneously instructed the jury on a ques-
> tion of law, the order will not be reversed, unless the evidence was
> manifestly and palpably in favor of the verdict, although this court is
> of the opinion that the instruction as given was correct.

Action of replevin in the municipal court of the city of Hutchinson
to recover possession of a horse claimed to have been purchased by oral
contract. In that court there was a verdict in favor of plaintiff. From
the judgment entered pursuant to the verdict, defendant appealed to
the district court for McLeod county where the first trial resulted in
a disagreement of the jury. A second trial was had before Morrison,
J., and a jury which rendered a verdict that plaintiff was the owner
of the property described in the complaint. From an order setting
aside the verdict and granting defendant's motion for a new trial,
plaintiff appealed. Affirmed.

*Sam G. Anderson, Jr.*, for appellant.
*W. C. Odell*, for respondent.

ELLIOTT, J.

In an action of replevin to secure possession of a horse, the jury re-
turned a verdict for the plaintiff, and thereafter the court set aside
the verdict and granted a new trial. The question at issue was wheth-
er there had been a sale of the horse to the plaintiff, and in the order
setting aside the verdict the trial court stated that in his opinion the
evidence did not justify the verdict, and also that he had erroneously
instructed the jury as to what was necessary to show a sale of the
horse. We think the instruction as given was correct, and therefore
the court would not have been justified in granting a new trial on the

[1] Reported in 116 N. W. 354.

ground stated as an error of law. But, regardless of this erroneous reason thus given, the order must be sustained, in view of the fact that in the opinion of the court the evidence did not justify the verdict. An examination of the record fails to show that the evidence was manifestly and palpably in favor of the verdict, and therefore, under the well-known rule, the discretion of the trial court must be approved.

Order affirmed.